```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )    CASE NO: 05-41712-659
                                    )
GUY ROBERT FULKERSON                )
                                    )    CHAPTER 13
BONNIE ANN FULKERSON                )
                                    )
              DEBTOR(S)             )


                LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT
```

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
GUY ROBERT & BONNIE ANN FULKERSON
1441 E 8TH ST                             $            50.08

WASHINGTON MO
444444              63090-3509


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: February 26, 2010             JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com
```